CARRIE K. S. OKINAGA          5958-0
  University General Counsel
SHELTON G.W. JIM ON          1781-0
  Associate General Counsel
**UNIVERSITY OF HAWAIʻI**
2444 Dole Street, Bachman Hall 110
Honolulu, Hawaiʻi  96822
Email: jimon@hawaii.edu
Telephone:  (808) 956-2211

Attorneys for Defendants
UNIVERSITY OF HAWAIʻI, ALOYSIUS
HELMINCK and HEINZ GERT DE COUET

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| JAMES T. DOUGLAS,<br><br>    Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF HAWAII; ALOYSIUS HELMINCK; HEINZ GERT DE COUET; DOE DEFENDANTS 1-25,<br><br>    Defendants. | Civil No. 21-00217 DKW-WRP<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES AND ORDER**<br><br><br>Trial Date:  November 12, 2024<br>Trial Judge: Honorable Derrick K. Watson |

**STIPULATION FOR DISMISSAL**
**WITH PREJUDICE OF ALL CLAIMS AND PARTIES**

IT IS HEREBY STIPULATED AND AGREED, by and between the

Plaintiff JAMES T. DOUGLAS ("Plaintiff"), by and through his attorneys, ERIC

A. SEITZ and DELLA A. BELLATI, and Defendants UNIVERSITY OF HAWAI'I, ALOYSIUS HELMINCK; HEINZ GERT DE COUET (University Defendants) and by and through their attorneys, CARRIE K.S. OKINAGA, General Counsel, and SHELTON G.W. JIM ON, Associate General Counsel, that Plaintiff hereby dismisses with prejudice all claims against the University Defendants, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2).

 Except as otherwise provided for in the Settlement Agreement, each party will bear their own respective attorney's fees and costs.

Upon the filing of this Stipulation, all claims and parties are dismissed with prejudice. There are no other claims remaining or parties remaining in this case. This Stipulation has been signed by counsel for all parties who have appeared in this action.

DATED:  Honolulu, Hawai`i, January 12, 2024.

      /s/   *Shelton G.W. Jim On*
      CARRIE K. S. OKINAGA
      University General Counsel
      SHELTON G.W. JIM ON
       Associate General Counsel

       Attorneys for Defendants
      UNIVERSITY OF HAWAI'I,
      ALOYSIUS HELMINCK and HEINZ
      GERT DE COUET

       /s/   *Eric A. Seitz*
       ERIC A. SEITZ
       DELLA A. BELATTI

       Attorneys for Plaintiff
      JAMES T. DOUGLAS

APPROVED AND SO ORDERED.

DATED: January 16, 2024 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
Chief United States District Judge

---

*JAMES T. DOUGLAS v. UNIVERSITY OF HAWAII; ALOYSIUS HELMINCK; HEINZ GERT DE COUET; DOE DEFENDANTS 1-25,* Civil No. 21-00217 DKW-WRP, USDC District of Hawai'i, STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES AND ORDER